# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

            Respondent

v.

RANDY RAMOS,

            Petitioner

: No. 432 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

            Respondent

v.

RANDY RAMOS,

            Petitioner

: No. 433 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

            Respondent

v.

RANDY RAMOS,

            Petitioner

: No. 434 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

            Respondent

v.

: No. 435 EAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

RANDY RAMOS,                          :
                                      :
                                      :
                                      :
                    Petitioner        :

# **ORDER**

**PER CURIAM**

      **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.